LAWRENCE BROTHERS, INCORPORATED, Respondent, *v.* HENRY B. HEYLMAN, Appellant.

*Lawrence Brothers* v. *Heylman*, 89 App. Div. 620, affirmed.
(Argued January 26, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Thaddeus D. Kenneson* and *Henry B. Heylman*, in person, for appellant.

*Ralph Earl Prime, Jr.*, and *A. J. Prime* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.